United States District Court
Southern District of Texas
**ENTERED**
January 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| DEBRA DOLLERY, on behalf of herself and all other similarly situated, § § § § *Plaintiff*, § § v. § § POST ACUTE MEDICAL, LLC, POST § ACUTE MEDICAL MANAGEMENT, § LLC, and POST ACUTE MEDICAL AT § VICTORIA, LLC, § § *Defendants*. § | Civil Action No. 6:18-CV-00104 |

# ORDER

On December 15, 2023, the Court instructed Plaintiffs' counsel that discovery responses from the opt-in plaintiffs to all of Defendants' pending discovery requests were due by December 29, 2023, and that the "[f]ailure to respond w[ould] result in dismissal" of the claims of non-complying opt-in plaintiffs (Minute Entry, Dec. 15, 2023). Some opt-in plaintiffs did not submit verified discovery responses by that date. After Defendants moved to dismiss the claims of such individuals, the Court entered a second Order on January 8, 2024, directing the non-complying opt-in plaintiffs "to serve verified responses by January 15, 2024" to avoid the dismissal of their claims (Doc. 234). Some opt-in plaintiffs again did not submit verified discovery responses by that date.

It is therefore **ORDERED** that the claims of the following 174 individuals be dismissed in their entirety, without prejudice:

| | Name | Opt-In Date | Consent Form Docket Number |
|---|---|---|---|
| 1 | Kenya Adams | 1/7/2021 | 123 |

| 2 | Adedolapo E. Adelowotan | 1/6/2021 | 122 |
| --- | --- | --- | --- |
| 3 | Joseph Aguilar | 1/6/2021 | 121 |
| 4 | Maria Aguilar | 1/6/2021 | 122 |
| 5 | Glenda Alesna | 1/6/2021 | 122 |
| 6 | Jessica Alexander | 9/8/2020 | 101 |
| 7 | Miriam Alvarado | 9/9/2020 | 104 |
| 8 | Eric Ambriz | 1/6/2021 | 122 |
| 9 | Lisa Amerson | 1/6/2021 | 122 |
| 10 | Barbara Anderson | 11/14/2019 | 43 |
| 11 | Arthur Araoarao | 1/6/2021 | 122 |
| 12 | Laura Arendt | 1/6/2021 | 122 |
| 13 | Leticia Atkinson | 1/6/2021 | 122 |
| 14 | Francis Roy Baltazar | 1/6/2021 | 122 |
| 15 | Rhonda Benoit | 9/22/2020 | 108 |
| 16 | Jacquelyn Bernard | 1/7/2021 | 123 |
| 17 | Taryone Bernstine | 1/6/2021 | 122 |
| 18 | Sarah Blackwell | 9/23/2020 | 109 |
| 19 | William Boissonneault | 9/25/2020 | 111 |
| 20 | Barbara Boyland | 1/6/2021 | 122 |

| | | | |
|---|---|---|---|
| 21 | Melissa Brock | 9/8/2020 | 101 |
| 22 | Jaylann Burch | 1/7/2021 | 123 |
| 23 | Jessica Burkes | 1/6/2021 | 122 |
| 24 | Julie Camacho | 1/6/2021 | 122 |
| 25 | Yvette Canales | 1/7/2021 | 123 |
| 26 | Leighann Castillo | 1/7/2021 | 123 |
| 27 | Claudia Castro | 1/6/2021 | 122 |
| 28 | Heather Chambers | 1/6/2021 | 121 |
| 29 | La'Kaya Coleman | 1/6/2021 | 122 |
| 30 | Sharon Collier | 1/6/2021 | 121 |
| 31 | Misti Cotten | 10/6/2020 | 112 |
| 32 | Sandra Covarrubias | 1/6/2021 | 121 |
| 33 | Darlisha Crawford | 1/7/2021 | 123 |
| 34 | Jessica Daigneault | 1/7/2021 | 123 |
| 35 | Angel Davis | 1/6/2021 | 122 |
| 36 | Iris Delgado | 1/6/2021 | 122 |
| 37 | Rebekah Dickson | 1/7/2021 | 123 |
| 38 | Catherine Dougherty | 11/19/2019 | 44 |
| 39 | Earline Douglas-Handy | 1/6/2021 | 121 |

| 40 | Lindsey Dukes | 1/7/2021 | 123 |
| 41 | Brandee Edwards | 1/6/2021 | 121 |
| 42 | Heather Feathers | 1/6/2021 | 121 |
| 43 | Shauna Fite | 1/6/2021 | 122 |
| 44 | Allen Fitzpatrick | 1/6/2021 | 121 |
| 45 | Marisela Fitzpatrick | 1/6/2021 | 121 |
| 46 | Melissa Forsythe | 1/6/2021 | 122 |
| 47 | Jacqueline Foster | 1/6/2021 | 121 |
| 48 | Debbie Francis | 9/8/2020 | 101 |
| 49 | July Geeslin | 10/29/2019 | 40 |
| 50 | Stephanie Gibson | 1/6/2021 | 121 |
| 51 | Lucy Gichiru | 1/6/2021 | 121 |
| 52 | Iyesha Glover | 1/6/2021 | 122 |
| 53 | Felischia Gomes | 1/7/2021 | 123 |
| 54 | Amanda Gonzales | 1/7/2021 | 123 |
| 55 | Pagee Guillory | 12/21/2020 | 119 |
| 56 | Sarah Gutierrez | 1/6/2021 | 122 |
| 57 | Tawanna Guyton (Alcorta) | 1/6/2021 | 122 |
| 58 | Loyce A. Hall | 1/7/2021 | 123 |

| | | | |
|---|---|---|---|
| 59 | Sandra Heiser | 1/6/2021 | 121 |
| 60 | Ashley Henson | 1/6/2021 | 122 |
| 61 | Myra Hernandez | 1/7/2021 | 123 |
| 62 | Julie Herzog | 1/6/2021 | 122 |
| 63 | James R. Hill | 1/7/2021 | 123 |
| 64 | Kateryna Hobson | 1/7/2021 | 123 |
| 65 | Jackeline House | 1/8/2020 | 71 |
| 66 | Sara Irby-Lawrence | 11/5/2019 | 42 |
| 67 | Keita Jay | 1/6/2021 | 122 |
| 68 | Sonia Jean-Philippe | 1/6/2021 | 121 |
| 69 | Terrell Jenkins | 1/6/2021 | 122 |
| 70 | Beatrice Jerelds | 1/7/2021 | 123 |
| 71 | Lola Jetton | 12/30/2019 | 69 |
| 72 | Brensann Johnson | 1/6/2021 | 121 |
| 73 | Lorraine Johnson | 1/6/2021 | 122 |
| 74 | Amie Jones | 1/6/2021 | 121 |
| 75 | Arthur Jones | 1/6/2021 | 122 |
| 76 | Hazel Kamakawiwoole | 1/6/2021 | 122 |
| 77 | Angela Kamyszek | 1/6/2021 | 121 |

| 78 | Margaret Kennedy-Armant | 1/6/2021 | 121 |
| 79 | Jonathan M. Kolakowski | 11/4/2019 | 41 |
| 80 | Samukai Kpissay | 1/6/2021 | 122 |
| 81 | Kelsey Kropf | 1/6/2021 | 121 |
| 82 | Maureen Kurdi | 10/29/2019 | 40 |
| 83 | Alaura Lacey | 1/7/2021 | 123 |
| 84 | Vickie Lease | 1/6/2021 | 121 |
| 85 | Dajuana Lee | 1/7/2021 | 123 |
| 86 | Christian Lindley-Vallery | 1/7/2021 | 123 |
| 87 | Lawren Little | 11/20/2019 | 45 |
| 88 | Jennefer Loftice | 1/7/2021 | 123 |
| 89 | Georgia S. Logan | 1/7/2021 | 123 |
| 90 | Lametria Lollis | 1/7/2021 | 123 |
| 91 | Harvey Lovett | 11/19/2019 | 44 |
| 92 | Laura Lozano | 9/22/2020 | 108 |
| 93 | Pamela Maeweather | 1/6/2021 | 121 |
| 94 | Jacob Maldonado | 1/6/2021 | 121 |
| 95 | Lucy Mallya | 1/6/2021 | 121 |
| 96 | Shelia Marshall | 1/6/2021 | 122 |

| | | | |
|---|---|---|---|
| 97 | Dana Martin-Taylor | 12/27/2019 | 68 |
| 98 | Diane McCoy | 1/6/2021 | 121 |
| 99 | Claire McIntosh | 1/7/2021 | 123 |
| 100 | Pa Anthony Mendy | 1/6/2021 | 121 |
| 101 | Angela Mickens | 1/8/2021 | 123/124 |
| 102 | Jackee Milton | 1/7/2021 | 123 |
| 103 | Christine Mireles | 1/7/2021 | 123 |
| 104 | DeeMyra Mitchell | 11/23/2020 | 117 |
| 105 | Paul A. Montes | 1/7/2021 | 123 |
| 106 | Cynthia Moreland | 1/7/2021 | 123 |
| 107 | Ricardo Moreno | 1/6/2021 | 122 |
| 108 | Miledon J. Morris | 1/7/2021 | 123 |
| 109 | Leona Morse | 1/6/2021 | 121 |
| 110 | LaGrady Motley | 1/6/2021 | 121 |
| 111 | Ashley Muhl | 1/6/2021 | 121 |
| 112 | Janet Mukhule | 1/6/2021 | 121 |
| 113 | Gabriel Muniz | 1/6/2021 | 121 |
| 114 | Shuntica Nance | 1/6/2021 | 122 |
| 115 | Emma W. Ngugi | 1/7/2021 | 123 |

| | | | |
|---|---|---|---|
| 116 | Kameron Owens | 1/6/2021 | 121 |
| 117 | Nathan Owers | 1/7/2021 | 123 |
| 118 | Keyana Patton | 1/7/2021 | 123 |
| 119 | Jordan E. Peterson | 1/7/2021 | 123 |
| 120 | Laqui Pierce | 1/6/2021 | 121 |
| 121 | Romy Poindexter | 12/27/2019 | 68 |
| 122 | LaVincia Powell | 1/6/2021 | 122 |
| 123 | Brianna E. Purdy | 1/7/2021 | 123 |
| 124 | Maxwell O. Rabah | 1/7/2021 | 123 |
| 125 | Gloria Ramirez | 1/7/2021 | 123 |
| 126 | Marissa Rangel | 1/6/2021 | 121 |
| 127 | Reiko Rexilius | 10/15/2020 | 113 |
| 128 | Kitt Richardson (Kitt Luna) | 1/7/2021 | 123 |
| 129 | Cherie Roberts | 1/6/2021 | 121 |
| 130 | Soledad Rocha | 1/6/2021 | 121 |
| 131 | Aymara Rodriguez | 9/8/2020 | 101 |
| 132 | James Rodriguez | 1/7/2021 | 123 |
| 133 | Lisa Juarez Rodriguez | 1/6/2021 | 122 |
| 134 | Rachel Romero | 1/7/2021 | 123 |

| | | | |
|---|---|---|---|
| 135 | Barbara Roston | 1/6/2021 | 121 |
| 136 | Tulani Rufaro | 1/6/2021 | 121 |
| 137 | Bruce Ruiz | 1/6/2021 | 122 |
| 138 | Kori M. Russo | 1/7/2021 | 123 |
| 139 | Tonya Sam | 1/6/2021 | 122 |
| 140 | Sheryl Samuels-Davey | 1/7/2021 | 123 |
| 141 | Walisa Sanders | 1/6/2021 | 121 |
| 142 | Guadalupe Santellana | 1/6/2021 | 122 |
| 143 | Esther Santos | 1/6/2021 | 122 |
| 144 | Michele Seek | 1/7/2021 | 123 |
| 145 | Deanne Seibert | 1/6/2021 | 122 |
| 146 | Geri Jo Shreve | 2/14/2020 | 86 |
| 147 | Kandi Sillavan | 1/6/2021 | 122 |
| 148 | Juliana Sparano (Stots) | 1/6/2020 | 70 |
| 149 | Vernell Styers | 1/6/2021 | 121 |
| 150 | Timothy Terry, Sr. | 1/7/2021 | 123 |
| 151 | Josephine Thielen | 1/6/2021 | 122 |
| 152 | Jennifer Thomas | 1/7/2021 | 123 |
| 153 | Jeremiah Thomas | 1/6/2021 | 121 |

| 154 | Melanie K. Thompson | 1/7/2021 | 123 |
| 155 | Angela Tiller | 1/6/2021 | 122 |
| 156 | Liliane N. Timma | 1/7/2021 | 123 |
| 157 | Taylor Tisdale | 1/7/2021 | 123 |
| 158 | Rhonda R. Turner | 1/7/2021 | 123 |
| 159 | Megan Underwood | 1/7/2021 | 123 |
| 160 | Julie Vail | 1/6/2021 | 122 |
| 161 | Whitney Verley | 12/27/2019 | 68 |
| 162 | Krystah Wafford | 1/6/2021 | 122 |
| 163 | Joseph Ward | 1/7/2021 | 123 |
| 164 | Tiarra Ward | 1/6/2021 | 121 |
| 165 | Charlene Warren | 1/6/2021 | 122 |
| 166 | Stephanie Green Watson | 1/7/2021 | 123 |
| 167 | Gregory Welch | 1/15/2020 | 73 |
| 168 | Tanisha White | 1/6/2021 | 121 |
| 169 | Ashley Wier | 1/6/2021 | 122 |
| 170 | Melinda Wilcox | 1/6/2021 | 121 |
| 171 | Kelsi Williams | 1/6/2021 | 121 |
| 172 | Latasha Williams | 1/7/2021 | 123 |

| 173 | Laura Wilson | 1/6/2021 | 122 |
| 174 | Daniella Yates | 5/4/2020 | 90 |

It is **SO ORDERED**.

Signed this ___19th___ of _____January_____, 2024.

_____Drew B Tipton_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

RESPECTFULLY SUBMITTED AND DATED this 18th day of January, 2024.

/s/ *Allison C. Williams*
G. Mark Jodon (Attorney-in-Charge)
State Bar No. 10669400
Federal I.D. No. 6052
Allison C. Williams
State Bar No. 24075108
Federal I.D. No. 1138493
Joseph R. Buller, III
State Bar No. 24110784
Federal I.D. no. 3355457
**LITTLER MENDELSON**
**A PROFESSIONAL CORPORATION**
1301 McKinney Street, Suite 1900
Houston, Texas 77010
Phone: (713) 951-9400
Fax: (713) 951-9212
mjodon@littler.com
acwilliams@littler.com
jbuller@littler.com

M. Collin Quigley
State Bar No. 24100928
Federal I.D. No. 3285376
**LITTLER MENDELSON**
**A PROFESSIONAL CORPORATION**
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201
Phone: (214) 880-8100
Fax: (214) 880-0181
cquigley@littler.com

*Counsel for Defendants*

/s/ *Robert E. Morelli, III (w/permission)*
Carolyn C. Cottrell (CA SBN 166977)
David C. Leimbach (*pro hac vice*)
Robert E. Morelli, III (TN SBN TN037004)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street. Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
rmorelli@schneiderwallace.com

*Counsel for Plaintiff and the Collective*

# CERTIFICATE OF SERVICE

I certify that on January 18, 2024, I filed this document through the Court's CM/ECF system, which will serve a copy on all parties of record.

/s/ *M. Collin Quigley*
M. Collin Quigley