United States District Court
Southern District of Texas
**ENTERED**
June 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **DEBRA DOLLERY, on behalf of herself and all other similarly situated,** §§§<br>*Plaintiff*, §§<br>v. §§<br>**POST ACUTE MEDICAL, LLC, POST ACUTE MEDICAL MANAGEMENT, LLC, and POST ACUTE MEDICAL AT VICTORIA, LLC,** §§§§§§<br>*Defendants*. § | Civil Action No. 6:18-CV-00104 |

## ORDER GRANTING APPROVAL OF FLSA SETTLEMENT

Before the Court is the Joint Motion to Approve Confidential Settlement Agreement and Release ("Motion to Approve") (Dkt. 249), filed by Plaintiff Debra Dollery ("Plaintiff" or "Dollery") and Defendants Post Acute Medical, LLC, Post Acute Medical Management, LLC, and Post Acute Medical at Victoria, LLC ("Defendants" or "Post Acute") (collectively the "Parties"). After considering the Motion to Approve and its exhibits, the Confidential Settlement Agreement and Release (Dkt. 249-4, SEALED), and the record in this case, the Court hereby GRANTS the Motion to Approve and finds and orders as follows:

1. The Court finds that the settlement memorialized in the Parties' Confidential Settlement Agreement and Release falls within the range of reasonableness and, therefore, meets the requirements for approval.

2. The Court grants approval of the Parties' Confidential Settlement Agreement and Release.

3. The Court approves the full and final extinguishment of the Released Claims, as set forth in the Confidential Settlement Agreement and Release, as a fair and reasonable resolution

of a *bona fide* dispute under the Fair Labor Standards Act (FLSA).

4. This Court approves Apex Class Action, LLC as settlement administrator to perform duties in accordance with the terms of the Confidential Settlement Agreement and Release.

5. Neither this Order, the Motion to Approve, the Confidential Settlement Agreement and Release, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, or comparable state laws or rules; (b) of an adjudication of the merits of this litigation; (c) of an adjudication of any of the matters subject to the Confidential Settlement Agreement and Release; (d) that any party has prevailed in this case, or (e) that Defendants or the Released Parties (as defined in the Confidential Settlement Agreement and Release) have engaged in any wrongdoing.

6. The Court instructs the clerk to administratively close this case, pending the Parties' completion of settlement.

7. The Court instructs the Parties, upon completion of settlement, to file a joint stipulation of dismissal with prejudice of all claims asserted in this lawsuit, which will dismiss this case with prejudice without further order of this Court.

It is **SO ORDERED**.

Signed this ___3rd___ of _____June_____, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**